In the Matter of the VILLAGE OF ISLAND PARK, Respondent, against WILLIAM E. HOWARD et al., Constituting the Zoning Board of Appeals of the Village of Island Park, Defendants, and CHARLES BECKMANN, as Executor of WILLIAM BECKMANN, Deceased, Appellant.

Argued April 3, 1939; decided April 11, 1939.

*Simon M. Platt* for motion.

*Robert L. Callahan* opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion, on the ground the order is not final.